IN RE: Luis Jaramillo, Pro-Se
T.D.C.J. # 1966673
Garza West
4250 HWY 202
Beeville, TX. 78102

FILED IN
COURT OF CRIMINAL APPEALS
OCT 02 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 30 2015
Abel Acosta, Clerk

4TH. COURT OF CRIMINAL APPEALS No. 04-14-00902-CR
TRIAL COURT CAUSE No. 2012-CR-2228

Please Let This Serve As My Good-Faith Attempt:

I Respectfully submit this correspondence to ascertain some issues that continue to go unresolved. On September 9, 2015, my "APPEAL" in the above-mentioned case/cause numbers was "DENIED" and the Judgment AFFIRMED. The 4TH. Court of Appeal did say, that "should I wish to seek further review of the case", that I had to seek review by way of a (Pro-Se) "Petition for Discretionary Review" in this "Honorable Texas Court of Criminal Appeals"; and that the "PETITION" was due to be filed within thirty (30)-days from the September 9, 2015, "DENIAL" mentioned above. I just received the 4TH. Court of Appeals — "MEMORANDUM OPINION" on 9-22-2015. I am not versed in the law, nor do I have a fancy degree in law, and I am indigent and unable retain an attorney to help me to file a "petition for discretionary review" nor can I afford to obtain a copy of the "Pro-Se Appellant's Brief" with attached-exhibits for this Court to review, which I filed in the 4TH. Court of Appeals; and I have no idea on how to properly construct a "Pro-Se Petition for Discretionary Review". For this reason, inter alia, I am humbly asking this Honorable Texas Court of Appeals to please GRANT me an EXTENTION of time, to figure out what a "Petition For Discretionary Review" is, and to file my Pro-Se Petition For

Discretionary Review with this Honorable Court of Appeals. I would also humbly "apply" for a "Court Appointed Attorney" to assist me, with the timely research, obtain COPIES from the 4th. Court of Appeals, and the filing of a "Petition For Discretionary Review". In closing, I do humbly anticipate Your reply in regards to my two requests of an 1) EXTENTION OF TIME TO FILE PETITION, 2) and, the APPOINTMENT OF COUNSEL BY THIS HONORABLE COURT TO ASSIST IN THE filing. I do apologize for any inconvenience and I appreciate Your time and patience in considering my two requests to motion the Court for help.

Date: 9-25-2015.

Respectfully Submitted,

Luis Jaramillo        Pro-Se
#1966673
Garza West
4250 HWY 202
Beeville, TX. 78102

Placed in the Garza West Prison
mailing System on: 9-25-2015.